AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

13 SEP -4  AM 8:58

CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 13-MJ-2804 |
| Jaime Acosta ROSALES | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of September 02, 2013 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 18 U.S.C. §1546(a)(Possession or Use of False Immigration Docs), an offense described as follows:

knowingly forge, counterfeit, alter, or falsely make any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or did use, attempts to use, possess, obtain, accept, or receive any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeit, altered, or falsely made,

This criminal complaint is based on these facts:
The defendant was encountered on September 2, 2013 at the United States Border Patrol Checkpoint located on Interstate 10 mile marker 120.5, in Dona Ana County New Mexico, by Border Patrol Agents Phillip Kelley and Andrew Lewis. When the defendant was questioned about his citizenship he presented an imposter Permanent Resident card. When questioned, the defendant freely admitted to being in the United States illegally. The defendant also admitted that he had a fraudulent Social Security card within his property. There is no evidence to indicate that the defendant has applied for permission from the appropriate authority to enter or remain in the United States legally.

☒ Continued on the attached sheet.

*Complainant's signature*

Ernest Fuentes  Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 4, 2013

City and state: Las Cruces, N.M.

GREGORY B. WORMUTH
U.S. MAGISTRATE JUDGE
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Jaime Acosta ROSALES

**Continuation of Statement of Facts:**

**Continuation of Statutory Language:**
or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained when applying for an immigrant or nonimmigrant visa, permit, or other document required for entry into the United States, or for admission to the United States personate another, or falsely appear in the name of a deceased individual, or did evade or attempt to evade the immigration laws by appearing under an assumed or fictitious name without disclosing his true identity, or did sell or otherwise dispose of, such visa, permit, or other document, to any person not authorized by law to receive such document

_____
Signature of Judicial Officer

_____
Signature of Complainant

Fuentes, Ernest
Filing Agent