IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Case No.  13-2804 MJ

JOSE LUIS GARAY-ROSALES,

    Defendant.

## NOTICE OF TRUE NAME

COMES NOW Defendant, Jose Luis Garay-Rosales, by and through attorney of record, Nia Rucker, who hereby files this Notice of True Name in this matter.

In support of this notice, Defendant would show the Court:

1. Defendant's true name is: Jose Luis Garay-Rosales.

2. Assistant U.S. Attorney, Aaron Jordan, was contacted regarding the content of this notice and he agreed to the filing of this notice.

WHEREFORE, Defendant respectfully requests the Court accept this Notice of True Name.

                Respectfully submitted,

                **FEDERAL PUBLIC DEFENDER**
                506 S. Main, Ste 600
                Las Cruces, NM 88001
                (575) 527-6930

                *Electronically filed September 24, 2013*
                /s/ Nia Rucker
                Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

       I hereby certify that on September 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following: Aaron Jordan, Assistant United States Attorney, and I hereby certify that I have mailed the document to the following non-CM/ECF participants:

       *Electronically filed September 24, 2013*
/s/ Nia Rucker
Assistant Federal Public Defender